# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

Marilyn Kelly,
Chief Justice

139234

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MARIA DOWNS a/k/a MARIA HELDT,
        Plaintiff-Appellee,

v

SC: 139234
COA: 290217
Kent CC: 02-003035-UM

BRIAN DOWNS,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the May 29, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

Clerk